1  GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
   38 Discovery, Suite 200
2  Irvine, California 92618
   Telephone: (949) 753-0255
3  Facsimile: (949) 753-0265
   Electronic Service: eservice@g3pmlaw.com
4  Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

5  Attorney for Defendant, FORD MOTOR COMPANY

6  QUILL & ARROW, LLP
   10900 Wilshire Blvd., Ste 300                        **JS6**
7  Los Angeles, CA 90024
   Telephone: (310)933-4271
8  Facsimile: (310)889-0645
   Attorney: KEVIN Y. JACOBSON, SBN: 320532

9  Attorney for Plaintiff, ARTURO GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GARCIA, an individual, | Case No: 2:23-cv-00328-FMO-PD |
|  | Dist Judge: Fernando M. Olguin |
| Plaintiff, | Mag Judge: Patricia Donahue |
|  | Courtroom: 6D |
| vs. |  |
| FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive, | **ORDER** |
| Defendants. |  |

   The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

   **IT IS SO ORDERED**.

   Date: AUGUST 21, 2023                    /S/
                                            _____
                                            Honorable Fernando M. Olguin
                                            Judge of the United States District Court

1

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE